_____

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff- Appellant,<br><br>v.<br><br>JONATHAN ALEXANDER MORALES-LOPEZ,<br><br>  Defendant-Appellee. | APPELLANT'S SECOND MOTION FOR 30-DAY EXTENSION OF TIME<br><br>Case Nos.  22-4074<br>22-4076 |

Defendant-Appellee Jonathan Alexander Morales-Lopez respectfully moves for a 30-day extension of time for filing his brief, until January 27, 2023. One extension has been granted in this case. This request is based upon the following:

1. Appellee's brief is currently due on December 27, 2022.

2. This is a criminal action which the defendant was convicted at trial of possessing a stolen firearm in violation of 18 U.S.C. § 922(j) and of being a drug user in possession of a firearm in violation of 18 U.S.C. §. 922(g)(3). The district court vacated the § 922(g)(3) conviction and imposed a sentence of time served on the remaining count of conviction. The government's appeal of the district court's dismissal is the case currently before this Court. Docket No. 22-4074.

3. Undersigned counsel is currently working on briefs to be filed in several other cases currently before this court and the request for an extension is necessary to complete the brief in this case.

4. In light of the caseload in this office, no other attorney in the Office of the Federal Public Defender is currently in a better position than undersigned counsel to complete the brief in this case sooner than the requested date.

5. Appellee has been sentenced and deported.

6. Undersigned counsel has contacted Assistant United States Attorney Nathan Jack and he has no objection to this motion.

WHEREFORE, Defendant-Appellee respectfully requests that his motion be granted and that he be allowed up to and including January 27, 2023 to file his brief.

RESPECTFULLY SUBMITTED, this 21st day of December 2022

SCOTT KEITH WILSON
Federal Public Defender

*/s/ Jessica Stengel*
JESSICA STENGEL
Assistant Federal Defender
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
(801) 524-4010
Email: Jessica_Stengel@fd.org

## CERTIFICATE OF SERVICE AND DIGITAL SUBMISSIONS

- I HEREBY CERTIFY that I am an employee of the Utah Federal Public Defender Office, and that an electronic copy of the foregoing was served via the ECF system to the party named below, on 12/21/2022:

    Elizabethanne Claire Stevens
    Assistant United States Attorney
    District of Utah
    111 South Main Street, Suite 1800
    Salt Lake City, UT 84111-2176

    Jennifer Williams
    Assistant United States Attorney
    District of Utah
    111 South Main Street, Suite 1800
    Salt Lake City, UT 84111-2176

    Nathan Jack
    Assistant United States Attorney
    District of Utah
    111 South Main Street, Suite 1800
    Salt Lake City, UT 84111-2176

- I also certify that any required privacy redactions have been made.

- I also certify that the digital submission of this document has been scanned for viruses with scanning program Apex One Security Agent AntiVirus Smart Scan Agent Pattern File Dated 12/21/2022, 18.145.00.

- According to the program, the file is free of viruses.

　　　　　　　　　　　　　　　　　*/s/ Liza Miller*
　　　　　　　　　　　　　　　　　Paralegal to Jessica Stengel
　　　　　　　　　　　　　　　　　46 W. Broadway, Suite 110
　　　　　　　　　　　　　　　　　Salt Lake City, UT 84101
　　　　　　　　　　　　　　　　　(801) 524-4010